**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-02815-SKC

ZACARIAS GAMEZ JUAREZ,

      Petitioner,

v.

JUAN BALTAZAR, Warden, Denver Contract Detention Facility,
GEORGE VALDEZ, Acting Field Office Director, Denver Field Office, Immigration and Customs Enforcement,
DAVID VENTURELLA, Acting Director of United States Immigration and Customs Enforcement,
MARKWAYNE MULLIN, Secretary, Department of Homeland Security,
TODD BLANCHE, Acting U.S. Attorney General,

      Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to

Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Orders (ECF Nos. 7 and 9) entered by U.S. District Judge S. Kato

Crews, it is

ORDERED that judgment is entered in favor of Petitioner and against Respondents.  It is

FURTHER ORDERED that Petitioner is awarded costs pursuant to D.C.COLO.LCivR

54.1. *See Daley v. Ceja,* 158 F.4th 1152 (10th Cir. Nov. 3, 2025); 28 U.S.C. § 2412(a)(1).  It is

FURTHER ORDERED that this case is closed.

DATED at Denver, Colorado, this 13th day of July, 2026.

                    FOR THE COURT:

                    Jeffrey P. Colwell, Clerk

                    By:  s/J. Dynes, Deputy Clerk